# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date: February 11, 2026                           Judge: Honorable Charles R. Breyer

Court Reporter: Stephen Franklin
Time: 31 Minutes
Case No.: CR23-0219-1 CRB
Case Name: USA v. Athena Harven (Present) (NC)

Attorney(s) for Government: Nicholas Parker
Attorney(s) for Defendant(s): Daniel Blank
Probation Officer: Jasmine Vaga

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Sentencing hearing held. The Court sentenced the defendant to the Bureau of Prisons to a term of 15 months. This term consists of terms of 15 months on Counts One through Four, all counts to be served concurrently. Defendant placed on supervised release for a term of 3 years under the standard and special conditions. This term consists of terms of three years on each of Counts One through Four, all such terms to run concurrently. Defendant shall pay a special assessment of $400. The Court finds the defendant does not have the ability to pay a fine and the Court orders it waived. Defendant shall pay restitution in the amount of $241,192.34. Refer to Judgment for additional information.